UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS ARTHOR MADISON,

    Plaintiff,

v.

PIERCE COUNTY JAIL, et al.,

    Defendant.

CASE NO. 3:22-cv-05246-RSM-BAT

**ORDER GRANTING MOTION FOR EXTENSION**

Plaintiff, proceeding pro se in this complaint under 42 U.S.C. § 1983, has filed a motion for extension of time to respond to defendants' motion to dismiss. Dkt. 25. Defendants noted their motion for the Court's consideration on September 9, 2022. Dkt. 21. Under Local Civil Rule 7, plaintiff's response was due on September 5, 2022. Plaintiff states that he failed to file a timely response because he had limited access to the law library due to COVID restrictions and staffing shortages at the Washington Corrections Center. Dkt. 26. He is seeking an extension to October 20, 2022, while he is transferred to his main facility where he will have access to his legal documents and the law library. *Id.*

Finding good cause to grant an extension, the Court **GRANTS** plaintiff's motion in part. Plaintiff shall have until **October 11, 2022**, to file a response to defendants' motion to dismiss.

ORDER GRANTING MOTION FOR
EXTENSION - 1

Defendants may file an optional reply no later than **October 14, 2022**. The matter will be ready for the Court's consideration on that date.

DATED this 20th day of September, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXTENSION - 2