1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS ARTHOR MADISON,

　　　　　　　　Plaintiff,

　　v.

PIERCE COUNTY JAIL, et al.,

　　　　　　　　Defendant.

CASE NO. 3:22-cv-05246-RSM

**ORDER**

Having reviewed the amended complaint and the motion to dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)　　The Court ADOPTS the Report and Recommendation.

(2)　　Defendants' motion to dismiss (Dkt. 21) is GRANTED and plaintiff's claims are DISMISSED with prejudice.

(3)　　The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

//

//

ORDER - 1

DATED this 10th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2